part in the consideration or decision of this application.

No. 70, Misc. TABOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 75, Misc. DELANEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 80, Misc. McCANN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 116, Misc. McCANN ET AL. *v.* CLARK, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 121, Misc. McCANN ET AL. *v.* CLARK, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 126, Misc. McCANN *v.* CLARK, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 131, Misc. McCANN *v.* CLARK, ATTORNEY GENERAL. United States Court of Appeals for the District of

876

Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 157, Misc. McCANN v. CLARK, ATTORNEY GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 82, Misc. McINTOSH v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 85, Misc. BERG v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 129, Misc. REID v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Robert L. Carter* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Ralph Moody,* Assistant Attorney General, for respondent.

No. 162, Misc. MAYO v. BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 167, Misc. REEDER v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.